AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

## for the

Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  5:20-cr-00439-BLF |
| Madan Mohan | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  12/15/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Raja Sekaran
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Laurel Beeler, U.S. Magistrate Judge
*Judge's printed name and title*